## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michelle L. Evangelista    CHAPTER 13
<u>     Debtor(s)</u>

          BKY. NO. 23-12136 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

        Respectfully submitted,

      /s/ *Michael Farrington*
      Michael Farrington
      15 Nov 2023, 09:49:19, EST

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322