UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Michelle L. Evangelista <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.23-12136-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of November, 2023, by first class mail upon those listed below:

Michelle L. Evangelista
203 Ridgewood Road
Easton, PA  18045

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee