**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>MICHELLE L. EVANGELISTA<br>    Debtor | Case No. 23-12136-pmm<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| vs.<br>MICHELLE L. EVANGELISTA<br>    Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this 7th day of May, 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge