United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michelle L. Evangelista  
    Debtor

Case No. 23-12136-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: May 30, 2024      Form ID: 155      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle L. Evangelista, 203 Ridgewood Road, Easton, PA 18045-2516 |
| 14831601 | + | Freedom Mortgage Corporation, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14802379 | + | Freedom Mortgage Corporation, c/o STEPHEN R. STARKS, Brock & Scott PLLC, 3825 Forrestgate Dr., Suite 150 Winston-Salem, NC 27103-2930 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14800083 | + | Email/PDF: creditonebknotifications@resurgent.com | May 31 2024 00:28:16 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 14816323 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 31 2024 00:31:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14802277 | + | Email/Text: EBN@brockandscott.com | May 31 2024 00:31:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14800084 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 31 2024 00:31:00 | Freedom Mortgage Corporation, 10500 Kincaid - Ste 300, Fishers, IN 46037-9764 |
| 14831480 | ^ | MEBN | May 31 2024 00:16:21 | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14802278 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 31 2024 00:31:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14800085 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 31 2024 00:32:00 | Hyundai Capital America, 4000 MacArthur Blvd, Newport Beach, CA 92660-2516 |
| 14808146 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 31 2024 00:32:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14814058 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2024 00:28:51 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 14814021 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2024 00:56:08 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14800086 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2024 00:56:24 | Wells Fargo Bank, NA, PO Box 10335, Des Moines, IA 50306-0335 |
| 14800087 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2024 01:07:14 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 12

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 30, 2024 | Form ID: 155 | Total Noticed: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com

CHARLES LAPUTKA
    on behalf of Debtor Michelle L. Evangelista claputka@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

MARIO J. HANYON
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN R. STARKS
    on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Michelle L. Evangelista<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−12136−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 30, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court