Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-12136-PMM**

Michelle L. Evangelista  
203 Ridgewood Road  
Easton PA 18045

Petition Filed Date: 07/19/2023  
341 Hearing Date: 09/26/2023  
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $237.00 | | 09/18/2024 | $237.00 | | 10/21/2024 | $237.00 | |
| 11/19/2024 | $237.00 | | 12/18/2024 | $237.00 | | 01/21/2025 | $237.00 | |
| 02/19/2025 | $237.00 | | 03/18/2025 | $237.00 | | 04/23/2025 | $237.00 | |
| 05/19/2025 | $237.00 | | 06/18/2025 | $237.00 | | 07/18/2025 | $237.00 | |

**Total Receipts for the Period: $2,844.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,878.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | HYUNDAI CAPITAL AMERICA<br>»» 001 | Unsecured Creditors | $10,519.23 | $553.06 | $9,966.17 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $17,658.82 | $928.42 | $16,730.40 |
| 3 | WELLS FARGO BANK NA<br>»» 003 | Unsecured Creditors | $28,740.57 | $1,511.05 | $27,229.52 |
| 4 | FREEDOM MORTGAGE CORPORATION<br>»» 004 | Mortgage Arrears | $726.03 | $726.03 | $0.00 |
| 5 | CREDIT ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12136-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,878.00 | Current Monthly Payment: | $237.00 |
| Paid to Claims: | $6,256.56 | Arrearages: | $237.00 |
| Paid to Trustee: | $621.44 | Total Plan Base: | $15,410.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.