Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Michelle L. Evangelista
203 Ridgewood Road
Easton, PA 18045

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12136-PMM**

Petition Filed Date: 07/19/2023
341 Hearing Date: 09/26/2023
Confirmation Date: 05/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $237.00 | | 09/26/2025 | $237.00 | | 10/27/2025 | $237.00 | |
| 11/26/2025 | $237.00 | | 01/06/2026 | $237.00 | | 02/04/2026 | $237.00 | |
| 02/27/2026 | $237.00 | | 03/27/2026 | $237.00 | | 04/27/2026 | $237.00 | |
| 06/02/2026 | $237.00 | | 06/29/2026 | $237.00 | | 07/29/2026 | $237.00 | |

**Total Receipts for the Period: $2,844.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,959.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 1 | HYUNDAI CAPITAL AMERICA<br>»» 001 | Unsecured Creditors | $635.84 | $635.84 | $0.00 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $17,658.82 | $1,899.88 | $15,758.94 |
| 3 | WELLS FARGO BANK NA<br>»» 003 | Unsecured Creditors | $28,740.57 | $3,092.23 | $25,648.34 |
| 4 | FREEDOM MORTGAGE CORPORATION<br>»» 004 | Mortgage Arrears | $726.03 | $726.03 | $0.00 |
| 5 | CREDIT ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,959.00 | Current Monthly Payment: | $237.00 |
| Paid to Claims: | $8,891.98 | Arrearages: | $0.00 |
| Paid to Trustee: | $848.27 | Total Plan Base: | $15,410.00 |
| Funds on Hand: | $218.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.